

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

In the Guardianship of Chloe Grace Dillon, an incapacitated person,

No. 11-24-00244-CV

\* From the County Court at Law of Midland County, Trial Court No. G-12,913.

\* April 10, 2025

\* Memorandum Opinion by Bailey, C.J. (Panel consists of: Bailey, C.J., Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that the appeal should be dismissed for want of prosecution. Therefore, in accordance with this court's opinion, the appeal is dismissed. The costs incurred by reason of this appeal are taxed against Tyler McCoy.